PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 20 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| Name of Offender: Anthony Rogers | Case Number: 4:00CR00232-001 JLH |
| Name of Sentencing Judicial Officer: | Honorable Stephen M. Reasoner<br>United States District Judge |
| | Honorable J. Leon Holmes<br>Chief United States District Judge<br>(reassigned on September 27, 2004) |
| Offense: | Distribution of more then five grams of cocaine base |
| Date of Sentence: | December 13, 2001 |
| Sentence: | 90 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment |
| Type of Supervision: Supervised release | Date Supervision Commenced: March 1, 2007<br>Expiration Date: February 28, 2011 |
| Asst. U.S. Attorney: Angela Jegley | Defense Attorney: To be assigned |
| U.S. Probation Officer: Reginald C. Hollins<br>Phone No.: 501-604-5285 | |

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall reside at and participate in a residential re-entry center for a period up to six months.
>
> The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

## CAUSE

On March 2, 2007, the conditions of supervised release were reviewed with Mr. Rogers. Condition #5 instructs an individual to work regularly at a lawful occupation unless excused by the probation office for schooling, training, or other acceptable reasons. On March 27, 2007, Mr. Rogers reported obtaining employment as a promoter. He provided an Internal Revenue Service form W-4 employee withholding allowance certificate to the probation office. Mr. Rogers submitted monthly check stubs reporting federal and state tax withholdings.

Case 4:00-cr-00232-JLH   Document 70   Filed 08/20/08   Page 2 of 4

Prob 12B                              -2-                    Request for Modifying the
                                                             Conditions or Terms of Supervision
                                                             with Consent of the Offender

Name of Offender: Anthony Rogers                    Case Number: 4:00CR00232-001 JLH

On April 22, 2008, Mr. Rogers was instructed to submit his 2007 state and federal tax return for employment verification. Mr. Rogers reported that he did not file federal or state taxes. He indicated that he would provide the probation office with a Internal Revenue Service Form 1099-MISC. On April 24, 2008, the probation office received a call from Mr. Rogers' supervisor who reported that Form 1099 would be provided to Mr. Rogers. On May 15, 2008, Mr. Rogers submitted the tax document and it was reviewed by the probation office. The tax document revealed that no state or federal taxes were reported. It also indicated that Mr. Rogers earned $6,400 in non-employee compensation. On June 10, 2008, Mr. Rogers reported to the probation office to discuss the tax documentation. Mr. Rogers was advised that the documentation submitted to the probation office from his employer did not coincide with the monthly employee earning statements submitted by him. Mr. Rogers was instructed to report to the probation office weekly until lawful employment was obtained.

A staffing was held with a supervising officer and it was determined that Mr. Rogers failed to work regularly at a lawful occupation since the commencement of his supervised release. It was determined that a modification order would be requested modifying his conditions to include placement in a residential re-entry center. On June 20, 2008, Mr. Rogers reported and was advised that his conditions would be modified to include up to six months in a residential re-entry center. Mr. Rogers initially agreed to the placement and contact was made with Assistant Federal Public Defender Jerome Kearney. Mr. Kearney spoke with Mr. Rogers and they requested that his conditions be modified to include participation in home detention with the electronic monitor program. Mr. Rogers signed a Probation Form 49, waiver of hearing to modify conditions of supervised release. Mr. Rogers agreed to participate in a residential re-entry center for a period up to six months and participation in mental health counseling under the guidance and supervision of the U.S. Probation Office.

On July 6, 2008, Mr. Rogers was arrested by a Pine Bluff, Arkansas, police officer for loud and unnecessary music and disorderly conduct. It was reported that a police officer arrived on scene and observed over one hundred cars in a parking lot. The officer began asking people to turn down their music and leave the lot. The officer made eye contact with Mr. Rogers and Mr. Rogers started nodding his head to the music in his vehicle. The officer asked Mr. Rogers for his drivers license several times and Mr. Rogers began cursing and stated, "fuck you." Mr. Rogers was asked to step out of his vehicle and he would not comply. The officer ordered Mr. Rogers out of the vehicle and he finally complied but became excessively loud and continued to curse and started calling people over to help him. The officer ordered Mr. Rogers to stop screaming and cursing and Mr. Rogers did not comply. The officer attempted to handcuff Mr. Rogers and he became combative and tried to pull away. The officer along with another officer forced Mr. Rogers against the vehicle and handcuffed him. After the handcuffs were placed on Mr. Rogers, he began screaming, "What's up Crip." The officers attempted to place Mr. Rogers into the patrol car and he resisted. The officers used force to place Mr. Rogers in the patrol car.

While Mr. Rogers was being transported to the local detention center, he began threatening the officer and at one point while passing by a vehicle full of people, he screamed, "This raciest Cracker Mother Fucker beat me, he shot me, and he beat me up." While at the jail Mr. Rogers stated, "I am gonna find your wife and force by black dick in her mouth and make her say mmm taste like chocolate." He also stated, "If you ever have a daughter I will find her when she is three years old and force my dick in her vagina." Mr. Rogers bonded out on a $410 bond and he has a scheduled court appearance on October 20, 2008. Mr. Rogers was charged with loud and unnecessary music and disorderly conduct.

Case 4:00-cr-00232-JLH   Document 70   Filed 08/20/08   Page 3 of 4

Prob 12B                           -3-                    Request for Modifying the
                                                          Conditions or Terms of Supervision
                                                          with Consent of the Offender

Name of Offender: Anthony Rogers          Case Number: 4:00CR00232-001 JLH

Mr. Rogers failed to notify the probation office within seventy-two hours of contact with law enforcement. He also failed to report to the probation office on July 14, 2008, for drug testing. On July 24, 2008, Mr. Rogers reported to the probation office and denied making the above statements. He reported that he had been consuming alcohol, but he was not drunk.

Mr. Rogers and Assistant Federal Public Defender Jerome Kearney have agreed to the modifications as requested by the probation office

_____          _____
Reginald C. Hollins                       Angela Jegley
U.S. Probation Officer                    Assistant U.S. Attorney

Date: August 7, 2008                      Date: August 20, 2008

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✗]  The Modification of Conditions as Noted Above
[ ]  Other

T
                                          _____
                                          Signature of Judicial Officer

                                          August 20, 2008
                                          Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved: _____
          Supervising U.S. Probation Officer

RCH/kyj

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Angela Jegley, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in a residential re-entry center for a period up to six (6) months.**

**The defendant shall participate in mental health counseling under the guidance and supervision of the U. S. Probation Office.**

Witness: _____  Signed: _____
U.S. Probation Officer                  Probationer or Supervised Releasee

7/24/08
DATE