# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                              NO. 4:00CR00232-01 JLH

ANTHONY D. ROGERS                                                                                           DEFENDANT

## ORDER

Court convened on this date for a hearing on the government's motion to revoke defendant's supervised release. Document #81. Assistant United States Attorney Angela Jegley was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Chris Tarver. Supervisory United States Probation Officer Joe Klingbeil and United States Probation Officer Kenny Davis were also present.

Upon inquiry from the Court, the defendant admitted the allegations contained in the motion. Following statements from defendant, Mr. Tarver, and Ms. Jegley, as well as defendant's brother, Mr. Larry Rogers, the Court determined that the motion to revoke should be denied, and instead modified defendant's current conditions of supervised release. Document #81.

IT IS THEREFORE ORDERED that the defendant's conditions of supervised release are hereby modified to include the following:

- The defendant will be placed in home detention with electronic monitoring at the residence of his brother, Larry Rogers, for a period of 90 days. Costs associated with electronic monitoring will be paid by the United States Probation Office.

- The defendant may not contact Ms. Stacy Knott by any means, including in person, by mail or electronic means, by telephone, or via third parties. If any contact occurs, the defendant must immediately leave the area of contact and report the contact to the probation officer.

- The defendant must continue to participate in mental health counseling with an emphasis on anger management/domestic violence under the guidance and supervision of the United States Probation Office.

In the event the defendant is found to be in violation of his conditions of supervised release, the government is directed to submit the appropriate motion and the Court will conduct a hearing.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 7th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE