## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                       NO. 4:00CR00232 JLH

ANTHONY DEWAYNE ROGERS                                                              DEFENDANT

## ORDER

On September 23, 2010, the United States filed a motion to revoke the supervised release of defendant Anthony Dewayne Rogers. On April 19, 2011, Rogers filed a motion to dismiss the revocation petition. The government has now responded and stated that it chooses not to litigate the revocation any further and requests that the pending revocation motion be dismissed. The government's motion is granted. The motion to revoke is dismissed. Document #88. All other motions are denied as moot.

IT IS SO ORDERED this 12th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE